COURT'S EXHIBIT NO. 3 IDENTIFICATION/EVIDENCE DKT.# _____ DATE: _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

**CASSANDRA WOODS,**

                Plaintiff,

      - against -                  **VERDICT SHEET**

**START TREATMENT & RECOVERY**    13 Civ. 4719 (AMD) (RER)
**CENTERS, INC.,**

                Defendant.

------------------------------------------------------------ X

**Family and Medical Leave Act—Interference**

1. Has the plaintiff Cassandra Woods proven by a preponderance of the evidence that the defendant, START Treatment & Recovery Centers, Inc., interfered with a benefit to which the plaintiff was entitled under the FMLA, by not extending the May 2, 2012 work deadline?

                Yes_____      No___X___

    IF YOU ANSWERED "YES" ABOVE, PLEASE PROCEED TO QUESTION 1A
    IF YOU ANSWERED "NO" ABOVE, PLEASE PROCEED TO QUESTION 2

    A. Has the plaintiff Cassandra Woods proven by a preponderance of the evidence that but for her failure to meet the May 2, 2012 deadline, the termination would not have occurred?

                Yes_____      No_____

                PLEASE PROCEED TO QUESTION 2

1

## Family and Medical Leave Act—Retaliation

2. Has the plaintiff Cassandra Woods proven by a preponderance of the evidence that but for her taking FMLA leave, the termination would not have occurred?

   Yes_____    No___X___

YOUR DELIBERATIONS ARE COMPLETE.

Dated: April 6, 2016
       Brooklyn, New York